**Order filed February 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00028-CV
_____

**LANE-VALENTE INDUSTRIES (NAT'L), INC, Appellant**

**V.**

**J.P. MORGAN CHASE, N.A. AND BOVIS LEND LEASE, INC., Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-36514**

## O R D E R

The notice of appeal in this case was filed January 3, 2014. The clerk's record was filed February 7, 2014. To date, the filing fee of $195.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **March 10, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.


PER CURIAM